UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANDREW BRUNO**                                                   CIVIL NO. 20-2706

**VERSUS**                                                          SECTION: T(4)

**BIOMET INC., et al.**

## JUDGMENT

On June 23, 2022, the Court issued an Order granting a *Motion for Summary Judgment* in favor of the Defendants. Accordingly,

**IT IS ORDERED** that judgment shall be entered in favor of the Defendants, Biomet Inc. and Zimmer Inc. and against Plaintiff, Andrew Bruno.

New Orleans, Louisiana, this 23rd day of June, 2022.

_____
Hon. Greg Gerard Guidry
United States District Judge