UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ANDREW BRUNO**   CRIM. NO. 20-2706

**VERSUS**   SECTION: T(4)

**BIOMET, INC. et al.**

## JUDGMENT

On this date, the Court issued an order granting Defendants' *Motion for Summary Judgment* in their favor as to all of Plaintiff's claims in this matter. R. Doc. 163. Accordingly,

**IT IS ORDERED** that judgment is hereby entered in favor of Defendants, Biomet, Inc. and Zimmer, Inc. and against Plaintiff, Andrew Bruno.

New Orleans, Louisiana, this 1st day of December, 2023.

Greg Gerard Guidry
United States District Judge